1014

[No. 19976-9-II.    Division Two.    May 16, 1997.]

JOHN HONAN, ET AL., *Respondents*, v. RISTORANTE ITALIA, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 89-2-10294-9, D. Gary Steiner, J., entered September 13, 1995. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater, A.C.J., and Morgan, J.

[No. 20060-1-II.    Division Two.    May 16, 1997.]

*In the Matter of the Marriage of* PRISCILLA LEIGH GALLIMORE, *Respondent*, and JOHN CLARENCE STUTZNEGGER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 94-3-01659-5, Robert L. Harris, J., entered October 27, 1995. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton, C.J., and Hunt, J.

[No. 20069-4-II.    Division Two.    May 16, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY ALLEN COBB, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-1-03778-1, Brian M. Tollefson, J., entered October 26, 1995. *Reversed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Hunt, JJ.

[No. 33802-1-I.    Division One.    May 19, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSICA DU MAS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-00955-7, Patricia H. Aitken, J., entered December 6, 1993. *Affirmed* by unpublished opinion per Becker, J., concurred in by Baker, C.J., and Kennedy, J.